UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **18-20522**

CR-ALTONAGA
/GOODMAN

IN RE SEALED INDICTMENT

_____/

FILED by _____ D.C.
JUN 19 2018
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. - MIAMI

**MOTION TO SEAL**

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the indictment, arrest warrant, the instant Motion to Seal, and any resulting order be SEALED until the arrest of the defendant or until further order of this court, whichever occurs first, excepting the United States Attorney's Office and law enforcement which may obtain copies of any indictment, arrest warrant, or other sealed document for purposes of arrest, extradition, or any other necessary cause, for the reason that the named defendant may flee, the integrity of the ongoing investigation might be compromised, and the safety of certain witnesses could be compromised should knowledge of this indictment become public.

Respectfully submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

By: _____
CARY O. ARONOVITZ
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 86425
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9131