UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20522-CR-ALTONAGA/GOODMAN

IN RE SEALED INDICTMENT
_____/

FILED by D D.C.
JUN 19 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

### SEALING ORDER

The United States of America, having applied to this Court for an Order sealing the indictment, arrest warrants, the motion to seal, and this order, and the Court finding good cause:

**IT IS HEREBY ORDERED** that the indictment, arrest warrant, the United States' motion to seal, and this order shall be filed under seal until the arrest of the Defendant, or until further order of this Court, whichever occurs first; however, the United States Attorney's Office and law enforcement may obtain copies of any indictment, arrest warrant, or other sealed document for purposes of arrest, extradition, or any other necessary cause.

DONE AND ORDERED in chambers at Miami, Florida, this 19 day of June, 2018.

_____
EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA