UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20522-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**BRYAN DENEUMOSTIER**,

    Defendant.

_____/

**SEALED NOTICE PLACING DEFENDANT IN FUGITIVE STATUS**

It appearing that the above-named Defendant is a fugitive from justice, the Clerk is directed to remove this case from the Court's Pending Case List and place this case on the Clerk's Fugitive Case List.

DATED:     June 28, 2018

                                      STEVEN LARIMORE, CLERK OF COURT

                                  By:     /s/   Patricia Snead
                                                Deputy Clerk