# MINUTE ORDER

Page 2

## Magistrate Judge Alicia M. Otazo-Reyes

Atkins Building Courthouse - 10th Floor         Date: 7/18/18    Time: 2:00 p.m.

Defendant: Bryan Deneumostier        J#: 17603-104     Case #: 18-20522-CR-ALTONAGA (SEALED)
AUSA: Carrie Aronovitz               Attorney: AFPD - Daniel Ecarius
Violation: Unlawful Recordings of Individuals, Failure to Maintain    Arrest Date: 7/18/2018    YOB: 1984
Records of those Engaged in Commercial Sex Acts

Proceeding: Initial Appearance                 CJA Appt:
Bond/PTD Held: ☐ Yes ☑ No    Recommended Bond: PTD
Bond Set at: temporary - PTD                   Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs         Language: English

☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person

Disposition: Indictment unsealed

AFPD appt.

☐ Random urine testing by Pretrial Services
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: ____

☐ Other: ____

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing: 7/24   10:00 a.m.   Miami
Prelim/Arraign or Removal: 7/24
Status Conference RE:
D.A.R. 14:04:29, 14:13:51          Time in Court: 8 min

s/Alicia M. Otazo-Reyes                              Magistrate Judge