# COURT MINUTES

## Magistrate Judge Edwin G. Torres

King Building Courtroom 10-5     Date: 7/24/18     Time: 10:00 a.m.

---

Defendant: Bryan Deneumostier    J#: 17603-104    Case #: 18-20522-Cr-Altonaga/Goodman

AUSA: Cary Aronovitz     Attorney: AFPD – Daniel Ecarius

Violation: Prohibited Interception and Disclosure of Oral Communications

Proceeding: Arraignment/Detention Hearing     CJA Appt:

PTD Held: ☐ Yes ☑ No     Recommended Bond: Temp Ptd

Bond Set at: **Pretrial Detention - STIP**     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
The parties STIPULATE, with the right to revisit (NO HEARING HELD)

Defendant Arraigned

Reading of Indictment Waived
Not Guilty plea entered
Jury trail demanded
Standing Discovery Order requested

Time from today to ____ excluded from Speedy Trial Clock

---

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 10:19:01     Time in Court: 1