UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-20522-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

**vs.**

**BRYAN DENEUMOSTIER**,

    Defendant.
_____/

**PROTECTIVE ORDER AUTHORIZING AND REGULATING
DISCLOSURE OF CONFIDENTIAL AND OTHER SENSITIVE INFORMATION**

    The United States of America, having filed an Unopposed Motion for a Protective Order Authorizing and Regulating Disclosure of Personal Identification Information and Other Sensitive Information [ECF No. 15], and the Court being otherwise duly informed:

    **IT IS ORDERED** that the Motion is **GRANTED**;

    **IT IS FURTHER ORDERED** that the United States is authorized to disclose sensitive information in its possession that the United States believes necessary to comply with the discovery obligations imposed by this Court;

    **IT IS FURTHER ORDERED** that the United States shall identify that portion of the discovery that includes sensitive information as "Confidential";

    **IT IS FURTHER ORDERED** that counsel of record for the Defendants shall hold the Confidential portion of the discovery in strict confidence. Therefore, defense counsel shall restrict access to the Discovery marked as "Confidential" to his or her clients, staff, investigators, and witnesses <u>only</u> (1) at counsel's office or the Federal Detention Center; and (2) to the extent defense counsel believes is necessary to assist in the defense of this matter, but counsel may not leave discovery marked as Confidential with the defendant at any time;

CASE NO. 18-20522-CR-ALTONAGA

**IT IS FURTHER ORDERED** that counsel of record for the Defendant shall advise any person to whom the Confidential portion of the discovery is disclosed that such information shall be held in strict confidence, and that further disclosure or dissemination is prohibited without defense counsel's express consent; and

**IT IS FURTHER ORDERED** that counsel of record for the Defendant shall obtain a certification from each person to whom the Confidential portion of the discovery is disclosed, in which the recipient, (a) acknowledges these restrictions as set forth in the Protective Order of the Court, and (b) agrees that they will not disclose or disseminate the information without express consent of defense counsel. Counsel shall keep a copy of each certification to identify the individuals who received the Confidential portion of the discovery and the date on which such information was first disclosed.

**IT IS FURTHER ORDERED** that counsel of record agree that, upon conclusion of the case,[1] copies of the Confidential portion of the discovery disclosed to defense counsel pursuant to the terms of this Order shall be destroyed or returned to the United States.[2]

**DONE AND ORDERED** in Miami, Florida, this 7th day of August, 2018.

_Cecilia M. Altonaga_
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record

---

[1] This shall mean the period at the conclusion of any appellate and Section 2255 proceedings, if any, or upon expiration of the deadline for filing appellate or Section 2255 proceedings.
[2] This Order does not prevent the disclosure of any disclosure material in any hearing or trial held in this action, or to any judge or magistrate judge for purposes of this action.