**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.   18-20522-CR-ALTONAGA**

**UNITED STATES OF AMERICA**,

      Plaintiff,

vs.

**BRYAN DENEUMOSTIER**,

      Defendant.

_____/

**ORDER CONTINUING TRIAL**

      **THIS CAUSE** came before the Court at a status conference held on August 20, 2018 and on the Defendant's *ore tenus* Motion to Continue the Trial.   The Court has considered the Motion, and being otherwise fully advised, it is

      **ORDERED AND ADJUDGED** that the Motion is **GRANTED**.   The interests of justice served by a continuance outweigh any interest of the public or the Defendant in a speedy trial.   As a result, the period of delay resulting from this continuance − *i.e.*, from the date the Motion was filed, August 20, 2018, to including the date trial commences − is excludable time under the Speedy Trial Act.   *See* 18 U.S.C. § 3161. The parties shall adhere to the following pre-trial and trial schedule:

      1.     All pre-trial motions and motions *in limine* must be filed by **September 6, 2018**. Each party is limited to filing one motion *in limine*; if there is more than one Defendant, Defendants shall file a combined motion.   Motions *in limine* may exceed the page limits allowed by the Rules.

CASE NO.   18-20522-CR-ALTONAGA

2.      The deadline for the tendering of a guilty plea is **September 17, 2018**.   *See, e.g.*, *United States v. Gamboa*, 166 F.3d 1327, 1331 (11th Cir. 1999) (citing *United States v. Ellis*, 547 F.2d 863, 868 (5th Cir. 1977)).

3.      Calendar call will be held on **Tuesday, September 25, 2018 at 9:00 a.m.**   The case is set for **Jury Trial** during the two-week trial period that begins **October 1, 2018**.

**DONE AND ORDERED** in Miami, Florida, this 20th day of August, 2018.

*Cecilia M. Altonaga*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

2