UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20522-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**BRYAN DENEUMOSTIER**,

    Defendant.

_____/

## ORDER

THIS CAUSE came before the Court on the United States' Motion to Seal Composite Exhibit 1 of the Sentencing Memorandum [ECF No. 35]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The exhibit is permitted to be filed under seal, and shall remain under seal until **November 19, 2019**. This Order shall not be filed under seal.

**DONE AND ORDERED** in Miami, Florida, this 19th day of November, 2018.

*[signature]*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record